UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Carolyn Jane Siino

                      Plaintiff,

              -against-

Board of Trustees of the City of New York, et al.

                      Defendant.
------------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

~~ORDER OF REFERENCE~~
**TO A MAGISTRATE JUDGE**

08 Civ. 4529 (PKC)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

DATED: New York, New York
          May 20, 2008