

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID R. PRIDDY**
Tel.: (212) 788-0757
Fax: (212) 788-8900
dpriddy@law.nyc.gov



June 12, 2008

Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re: Siino v. Board of Trustees of the New York City Teachers' Retirement System, et. al. 08 CV 4529 (PKC)(RLE)

Dear Magistrate Judge Ellis:

I represent the defendants in the above referenced matter. I am writing to request an extension of time to respond to the complaint. A response is currently due June 17, 2008. I make this request for additional time so that I may obtain and review relevant documents and further investigate the allegations contained in the complaint. I spoke with the plaintiff *pro se*, and she has consented to my request for an extension of time. I would like to request an extension until August 8, 2008, a date plaintiff indicated would best accommodate her schedule.

There have been no previous requests for an extension of time.

Extension granted.
**SO ORDERED**
*Ronald Ellis 6-18-08*
MAGISTRATE JUDGE RONALD L. ELLIS

Sincerely yours,

David R. Priddy (DP2101)
Assistant Corporation Counsel

cc: Carolyn Jane Siino
    Plaintiff *pro se*